UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ISOM COOPER

    Plaintiff,

vs.

UNITED STATES PAROLE
COMMISSION, et al.

    Defendants.

CIVIL ACTION FILE

NO. 1:02-CV-2726-JEC

## JUDGMENT

This action having come before the court, the Honorable Julie E. Carnes, United States District Judge, for consideration of the magistrate judge's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the plaintiff's writ of Habeas Corpus be DENIED, and this action be, and the same hereby is **dismissed**.

Dated at Atlanta, Georgia, this 10th day of December, 2003.

                LUTHER D. THOMAS
                CLERK OF COURT

By: _____
      Jill Hannah, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 11, 2003
Luther D. Thomas
Clerk of Court

By: _____
    Deputy Clerk

30